Bruce H. Nagel, Esq.
Nagel Rice LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
Tel: (973) 618-0400

Eric D. Herschmann
Michael Paul Bowen (*pro hac vice* application forthcoming)
Andrew R. Kurland (*pro hac vice* application forthcoming)
Jeffrey Ephraim Glatt (*pro hac vice* application forthcoming)
KASOWITZ BENSON TORRES LLP
New York, New York 10019
(212) 506-1700

*Attorneys for Ascend Re Partners II, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------ x

JLS EQUITIES, LLC, A NEW YORK LIMITED   :
LIABILITY COMPANY,                       :
                                         :   Case No. 2:19-cv-17615
            Plaintiff,                   :
                                         :
      v.                                 :
                                         :
RIVER FUNDING, LLC; LENOX HUDSON,        :
LLC; LENOX TEMPLE, LLC; TEANECK          :
PLAZA VENTURES, LLC; SETH LEVINE; and    :
SHIRA LEVINE,                            :
                                         :
            Defendants.                  :

------------------------------------------------------------ x

**ORDER GRANTING ASCEND RE PARTNERS, II LLC'S**
**<u>MOTION TO INTERVENE</u>**

This matter having come before the court on the motion of Ascend Re Partners, II LLC

("Ascend") pursuant to Fed. R. Civ. P. 24 (the "Motion") for an order permitting Ascend to

intervene in this action so it may be heard in connection with the Motion for Order to Show

Cause filed by JLS Equities, LLC ("JLS") on September 4, 2019 as Docket No. 3 (the

"Receivership OSC") and any further matter in this proceeding as they pertain to Ascend or its

protectable legal interests in defendants Lenox Hudson, LLC and Lenox Temple, LLC; and the

Court having set a return date of the Motion of October ___, 2019, and due and proper notice of

the Motion having been provided, and it appearing that no other and further notice need be

provided; and the Court having reviewed the Motion and finding good and sufficient cause for

granting the relief requested in the Motion it is

**ORDERED** that:

1. The Motion is hereby granted; and

2. Ascend is permitted to intervene and be heard in this action pursuant to Fed. R.
   Civ. P. 24.

Dated: September ___, 2019

_____
Hon. Madeline Cox Arleo
U.S.D.J.

2