# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRIVCAP FUNDING LLC, | Civil Action No. |
| Plaintiff, | 19-18122 (MCA) (LDW) |
| v. | |
| SETH LEVINE, *et al.*, | |
| Defendants. | |
| JLS EQUITIES, LLC, | Civil Action No. |
| Plaintiff, | 19-17615 (MCA) (LDW) |
| v. | **ORDER** |
| RIVER FUNDING, LLC, *et al.*, | |
| Defendants. | |

**THIS MATTER** having come before the Court by way of the November 25, 2020 applications of Colliers International NJ LLC to recover compensation for interim fees and expenses, attorneys' fees, costs, and expenses (19-cv-18122, ECF No. 83; 19-cv-17615, ECF No. 107); and Colliers arguing, *inter alia*, that interim payments were contemplated by prior Orders of the Court and are necessary to its continued management of the relevant properties; and plaintiffs arguing, *inter alia*, that any interim payment to Colliers and its counsel would be discretionary prior to sale of the relevant properties;

**IT IS** on this day, January 21, 2021:

**ORDERED** that plaintiffs and Colliers shall provide supplemental letter briefs, not to exceed two pages, on whether the lienholders in these related actions[1] have made interim payments over the course of the receivership such that it might bear on the instant applications before the Court; and it is further

**ORDERED** that Colliers shall file its supplemental letter brief on or before **January 29, 2021**, and plaintiffs shall file any response on or before **February 5, 2021**.

    *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge

---

[1] In addition to the matters captioned above, *see Federal Home Loan Mortgage Corp. v. Levine, et al.*, Civ. A. No. 19-17421; *Wells Fargo Bank, National Association v. Levine, et al.*, Civ. A. No.19-17866; *U.S. Bank National Association v. Englewood Funding, LLC, et al.*, Civ. A. No. 19-17865; and *Wilmington Sav. Fund Soc., FSB v. Levine, et al.*, Civ. A. No. 19-18137.