SILLS CUMMIS & GROSS P.C.
Jaimee Katz Sussner, Esq.
Joshua N. Howley, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

*Attorneys for Court-Appointed Receiver*
*Colliers International NJ, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-SB51, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ENGLEWOOD FUNDING LLC, *et al.*, <br><br> Defendants. | Civil Action No. 19-cv-17865 (MCA)(LDW) <br><br> *Document Electronically Filed* <br><br> **CERTIFICATION OF SERVICE** |
| JLS EQUITIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> RIVER FUNDING LLC, *et al.*, <br><br> Defendants. | Civil Action No. 19-cv-17615 (MCA)(LDW) |

JOSHUA N. HOWLEY, of full age, hereby certifies as follows:

1. I am a Member of the law firm of Sills Cummis & Gross P.C., which is counsel of record in these actions for the Court-appointed receiver, Colliers International NJ, LLC ("Colliers").

2. On this date, pursuant to the Orders Setting Forth Sales Procedures in the above-captioned Civil Action Nos. 19-cv-17865 and 19-cv-17615, I caused the Fifth Amendment to Agreement of Purchase and Sale between Colliers and JP Property Acquisitions, LLC to be served by email on the following counsel of record in the above-captioned cases:

> AHatch@Polsinelli.com
> tduggan@stark-stark.com
> aweisbrot@weisbrotlaw.com
> jkaplan@braflaw.com
> mmorgulas@okinhollander.com
> asylvester@shermanwells.com
> bmiller@barrysmilleresq.com
> csteinfeld@shermanwells.com
> fassett@af-lawfirm.com
> gredish@winnebanta.com
> gene@generosen.com
> jatkin@kasowitz.com
> jglatt@kasowitz.com
> pshur@beckerlawyers.com
> sklein@beckerlawyers.com
> bnagel@nagelrice.com
> mmontague@greenbaumlaw.com
> mcaruso@csglaw.com
> opomar@lsnj.com
> osalvagno@greenbaumlaw.com
> rsolomon@nagelrice.com

3. Also on this date, pursuant to the Orders Setting Forth Sales Procedures in the above-captioned Civil Action Nos. 19-cv-17865 and 19-cv-17615, I caused the Fifth Amendment

to Agreement of Purchase and Sale between Colliers and JP Property Acquisitions, LLC to be served by regular mail upon Seth Levine at 636 South Forest Drive, Teaneck, New Jersey 07666.

    I certify that the above statements made by me are true.  I am aware that if any of the above statements made by me are wilfully false, I am subject to punishment.

                                                                                           */s/ Joshua N. Howley*
                                                                                JOSHUA N. HOWLEY

Dated:  May 28, 2021